### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY S. RIDGEWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 06-00161-BH-C |
| PROGRESSIVE CASUALTY | ) | |
| INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The defendant, Progressive Casualty Insurance Company ("Progressive"), has now filed a motion to amend (Doc. 18) this Court's Order of July 11, 2006 (Doc. 17) to allow an immediate appeal of the denial of Progressive's motion for summary judgment to the Eleventh Circuit Court of Appeals pursuant to 28 U.S.C. §1292.  Upon consideration of the motion and all pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that the motion to amend is due to be and is hereby **DENIED**.  Despite Progressive's protestations to the contrary, there exists no close question of law regarding the Alabama law applicable to the meaning of the term "strike" in the insurance policy at issue in this case, particularly in the absence of any definition within the subject policy which is contrary to the applicable law.  Consequently, there exists no "substantial ground for difference of opinion [as to which] an immediate appeal . . . may materially advance the ultimate termination of the litigation."

**DONE** this 17th day of July, 2006.

                                                                           s/ W. B. Hand
                                                                 SENIOR DISTRICT JUDGE