## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY S. RIDGEWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 06-00161-BH-C |
| PROGRESSIVE CASUALTY | ) | |
| INSURANCE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, Progressive Casualty Insurance Company, and against the plaintiff, Kimberly S. Ridgeway, the plaintiff to have and recover nothing from the defendant on her claims for uninsured boater coverage. No costs are to be taxed in this case.

**DONE** this 6th day of March, 2007.

                                                                               s/ W. B. Hand  
                                                         SENIOR DISTRICT JUDGE